Entered on Docket
March 05, 2010
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed: March 04, 2010

_____
EDWARD D. JELLEN
U.S. Bankruptcy Judge

1 KATHERINE JOHNSON (CA SBN 259
CASPER J. RANKIN (CA SBN 249196)
2 JOSEPH C. DELMOTTE (CA SBN 259
PITE DUNCAN, LLP
3 4375 Jutland Drive, Suite 200
P.O. Box 17933
4 San Diego, CA 92177-0933
Telephone: (858) 750-7600
5 Facsimile: (619) 590-1385

6 Attorneys for US BANK NATIONAL
7 AR14

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| In re | Case No. 09-72349-EDJ |
|---|---|
| EDILBERTO A. SOLIVEN AND SHIRLEY M. SOLIVEN, | Chapter 7 |
| | R.S. No. CJR-497 |
| | ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY |
| | DATE: February 19, 2010<br>TIME: 10:00AM<br>CTRM: 215 |
| | Northern District of California - Oakland Division<br>United States Bankruptcy Court<br>1300 Clay Street<br>Oakland, CA 94612 |
| Debtor(s). | |

The above-captioned matter came on for hearing on February 19, 2010, at 10:00 AM, in Courtroom 215, upon the Motion of US Bank National Association, as Trustee for WFASC 2005-AR14 ("Movant"), for relief from the automatic stay of 11 U.S.C. § 362, to enforce its interest in the property of Edilberto A. Soliven and Shirley M. Soliven ("Debtors") commonly known as 1617 Saintsbury Drive, Las Vegas, Nevada 89144 (the "Real Property"), which is legally described as follows:

- 1 -

1   SEE LEGAL DESCRIPTION AS EXHIBIT FOR PROPOSED ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY, DOCKET NUMBER 14.

3   Appearances as noted on the record.

4   Based on the arguments of counsel, and good cause appearing therefor,

5   IT IS HEREBY ORDERED:

6   1.   The automatic stay of 11 U.S.C. § 362, is hereby terminated as it applies to the enforcement by Movant of all of its rights in the Real Property under Note and Deed of Trust;

8   2.   Movant is authorized to foreclose its security interest in the Real Property under the terms of the Note and Deed of Trust, and pursuant to applicable state law;

10  3.   The 14-day stay provided by Bankruptcy Rule 4001 (a)(3) is waived;

11  4.   Post-petition attorneys' fees and costs for the within motion may be added to the outstanding balance of the subject Note as allowed under applicable non-bankruptcy law;

13  5.   Upon foreclosure, in the event Debtors fail to vacate the Real Property, Movant may proceed in State Court for unlawful detainer pursuant to applicable state law; and

15  6.   Movant may offer and provide Debtors with information re: a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case;

20  7.   This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

** END OF ORDER **

## COURT SERVICE LIST

Pite Duncan, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933

Edilberto A. Soliven
Shirley M. Soliven
1655 Foxwood Dr
Tracy, CA 95376

William M. Rubendall
Law Offices of William M. Rubendall
801 Augusta Ct.
Concord, CA 94518
Debtor Attorney

Lois I. Brady
P.O. Box 12754
Oakland, CA 94604
Chapter 7 Trustee

Clark County Tax Collector
500 South Grand Central Parkway
Las Vegas, NV 89155-1401

- 3 -